**Not for Publication in West's Federal Reporter**
**Citation Limited Pursuant to 1st Cir. Loc. R. 32.3**

# United States Court of Appeals
## For the First Circuit

No. 04-2505

JOHN T. SHEEHAN, JR., EXECUTOR OF THE ESTATE OF
JOHN T. O'BRIEN, JR., JAMES T. CONNELL,

Defendants, Appellants,

v.

ANDREW S. RICHARDSON, TRUSTEE OF NEWPORT CREAMERY, INC.

Plaintiff, Appellee.

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

[Hon. Ronald R. Lagueux,  Senior U.S. District Judge]

Before

Lipez, Circuit Judge,

Campbell and Bowman,[*] Senior Circuit Judges.

Kevin D. Heitke for appellants.
John Boyajian with whom Boyajian, Harrington & Richardson
was on brief for appellee.

June 23, 2006

[*]Of the Eighth Circuit, sitting by designation.

**Per Curiam**.  After reviewing the parties' arguments in their briefs and during oral argument, we are satisfied that the district court correctly analyzed the case in its published memorandum and order.  Sheehan v. Richardson, 315 B.R. 226 (D.R.I. 2004).  On appeal, we find no arguments requiring our further elucidation.  We therefore **affirm** the entry of summary judgment for the appellee substantially for the reasons set out in the district court's memorandum and order.

**So ordered**.